# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–4 | User: admin | Date Created: 07/01/2019 |
| Case: 19–41492 | Form ID: 13PP | Total: 3 |

**Recipients of Notice of Electronic Filing:**
tr     Martha G. Bronitsky     13trustee@oak13.com
aty    Stan E. Riddle     sr4law.stan@gmail.com

                                                                                                    TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Maxwell Bryant Stringham     220 Pamela Court     El Sobrante, CA 94803

                                                                                                    TOTAL: 1