# Notice Recipients

District/Off: 0971–4  User: admin  Date Created: 9/4/2024
Case: 19–41492  Form ID: pdfntcal  Total: 35

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | Office of the U.S. Trustee/Oak | USTPRegion17.OA.ECF@usdoj.gov |
| tr | Martha G. Bronitsky | 13trustee@oak13.com |
| aty | Stan E. Riddle | sr4law.stan@gmail.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Maxwell Bryant Stringham | 2485 Shore Line Drive, Apt. 311  Alameda, CA 94501 |
| smg | Labor Commissioner | 1515 Clay St.  Room 801  Oakland, CA 94612 |
| smg | State Board of Equalization | Collection Dept.  P.O. Box 942879  Sacramento, CA 94279 |
| smg | CA Employment Development Dept. | Bankruptcy Group MIC 92E  P.O. Box 826880  Sacramento, CA 94280–0001 |
| smg | CA Franchise Tax Board | Special Procedures Bankruptcy Unit  P.O. Box 2952  Sacramento, CA 95812–2952 |
| 15004611 | Bank Of America | 4909 Savarese Circle  Fl1–908–01–50  Tampa, FL 33634 |
| 15004612 | Bank of America | P.O. Box 982234  El Paso, TX 79998–2234 |
| 15030314 | Bank of America, N.A. | P O Box 982284  El Paso, TX 79998–2238 |
| 15004613 | Barclays Bank Delaware | Attn: Correspondence  Po Box 8801  Wilmington, DE 19899 |
| 15004614 | Chase Card Services | Attn: Bankruptcy  Po Box 15298  Wilmington, DE 19850 |
| 15004615 | Dell Financial Services LLC | Attn: President/CEO  Po Box 81577  Austin, TX 78708 |
| 15007768 | Discover Bank | Discover Products Inc  PO Box 3025  New Albany, OH 43054–3025 |
| 15004616 | Discover Bank | P.O. Box 30943  Salt Lake City, UT 84130 |
| 15004617 | Discover Financial | Attn: Bankruptcy Department  Po Box 15316  Wilmington, DE 19850 |
| 15004618 | Discover Personal Loan | Attn: Bankruptcy  Po Box 30954  Salt Lake City, UT 84130 |
| 15004619 | FedLoan Servicing | Attn: Bankruptcy  Po Box 69184  Harrisburg, PA 17106 |
| 15004620 | Franchise Tax Board | PO Box 942867  Sacramento, CA 94267–1111 |
| 15004621 | Internal Revenue Service | PO Box 7346  Philadelphia, PA 19101–7346 |
| 15019646 | JPMorgan Chase Bank, N.A. | s/b/m/t Chase Bank USA, N.A.  JPMC  c/o National Bankruptcy Services, LLC  P.O. Box 9013  Addison, Texas 75001 |
| 15026939 | LVNV Funding, LLC | Resurgent Capital Services  PO Box 10587  Greenville, SC 29603–0587 |
| 15004622 | LendingClub | Attn: Bankruptcy  71 Stevenson St, Ste 1000  San Francisco, CA 94105 |
| 15004623 | NASA Federal Credit Union | Attn: Bankruptcy  Po Box 1778  Bowie, MD 20717 |
| 15004624 | NASA Federal Credit Union | P.O. Box 1588  Bowie, MD 20717–1588 |
| 15039680 | Portfolio Recovery Associates, LLC | POB 41067  Norfolk VA 23541 |
| 15004625 | Synchrony Bank/Amazon | Attn: Bankruptcy  Po Box 965060  Orlando, FL 32896 |
| 15004626 | The Lending Club | 595 Market Street, Suite 200  San Francisco, CA 94105 |
| 15004627 | U.S. Attorney General | Civil Trial Sec. Western  PO Box 683 Ben Franklin  Washington, DC 20044 |
| 15054241 | U.S. Department of Education | c/o US Department of Education/MOHELA  633 Spirit Drive  Chesterfield, MO 63005 |
| 15004628 | UCSF Medical Center | Patient Financial Services  Box 0810  San Francisco, CA 94143–0810 |
| 15004629 | UCSF Medical Center | c/o Wells Fargo Dept. 7–5631  P.O. Box 39000  San Francisco, CA 94139–5631 |
| 15004630 | United States Attorney's Office | Attn: Chief Tax Division  450 Golden Gate Ave. 10th  San Francisco, CA 94102 |
| 15004631 | Upgrade, Inc. | 275 Battery Street  23rd Floor  San Francisco, CA 94111 |

TOTAL: 32